# ELECTRONIC RECORD

COA #   07-13-00084-CR          OFFENSE: DWI

STYLE: Emily Kay Smirl v. The State of Texas          COUNTY:  Randall

COA DISPOSITION: REVERSED AND REMANDED          TRIAL COURT: County Court at Law  No 1

DATE: 10/13/2014          Publish: NO   TC CASE #:   2012-0017-1

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Emily Kay Smirl v. The State of Texas          CCA #:   1504-14

_____ State's _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:   _____

_____ REFUSED _____          JUDGE:   _____

DATE: _____ 01/14/2015 _____          SIGNED: _____          PC: _____

JUDGE: _____ Per Curiam _____          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS:   _____

JUDGE:   _____

**ELECTRONIC RECORD**